UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> V. <br><br> ELDON LAMAR WASHINGTON, <br>     Defendant. | CRIMINAL NO. 5:13-03-KKC <br><br> **OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on a letter (DE 138) filed by defendant Eldon Lamar Washington in which he requests that the Court order he serve the remainder of this prison term at home or at a half-way house.

The Court has recently denied Washington's motions for compassionate release (DE 130) pursuant to 18 U.S.C. § 3582(c)(1)(A) and his motion for an emergency transfer (DE 135) to a different facility.

Washington is currently serving a 33-month sentence for violating the terms of his supervised release. His projected release date is July 8, 2022. The Sixth Circuit Court of Appeals has explained the history of criminal violations that led to Washington's current sentence:

> Washington was convicted of distributing 28 grams or more of cocaine base. On November 21, 2013, he was sentenced to 72 months of imprisonment, to be followed by five years of supervised release. As the result of an 18 U.S.C. § 3582(c)(2) motion for a sentence reduction, the district court reduced his sentence to 60 months in 2015.

> Washington began his term of supervised release on August 23, 2017. In 2018, after pleading guilty to Kentucky charges of attempting to tamper with physical evidence, attempted possession of a controlled substance, and attempting to flee and evade police, Washington was charged with a violation of his supervised release. The district court found him guilty of the violation but continued his term of release.
>
> On March 8, 2020, Washington was arrested in Boyle County, Kentucky, and charged with fleeing and evading police, tampering with physical evidence, resisting arrest, trafficking in methamphetamine, trafficking in synthetic drugs, and trafficking in heroin. As a result, the Probation Office petitioned for a warrant for his violation of the terms of his supervised release.

(DE 132, *United States v. Washington*, No. 20-5958 (6th Cir. Filed Dec. 23, 2020).

As the Court explained in its prior order, the BOP is the entity that has the authority to designate the place of a prisoner's imprisonment, not the court. 18 U.S.C. § 3621(b); *United States v. Townsend*, 631 F. App'x 373, 378 (6th Cir. 2015). Accordingly, the Court has no authority to order that Washington serve the remainder of his term at home or in a half-way house.

For these reasons, the Court hereby ORDERS that Washington's request (DE 138) is DENIED.

Dated February 18, 2021

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY